UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GEORGE E. WARREN LLC,**<br><br>      Plaintiff,<br><br>v.<br><br>**COLONIAL PIPELINE COMPANY, and POWDER SPRINGS LOGISTICS, LLC**<br><br>      Defendants. | Civ. No. 17-1205 (KM)(JBC)<br><br>**ORDER** |

**KEVIN MCNULTY, U.S.D.J.:**

Before the Court are the summary judgment motions (DE 112) (DE 116) of defendants Powder Springs Logistics, LLC and Colonial Pipeline Company, and plaintiff's cross-motion for summary judgment and for partial summary judgment (DE 126). Also before the Court are defendants' motion to preclude testimony of plaintiff's expert witness (DE 114) and plaintiff's motion to exclude the expert reports and testimony of defendants' proposed expert witness (DE 130).

The Court having considered the papers in support and in opposition (DE 113, DE 117, DE 128, DE 136, DE 138, DE 146) and decided the motion without oral argument; for the reasons stated in the Opinion filed on this date, and for good cause shown:

**IT IS** this 20th day of November, 2020

**ORDERED** as follows:

1. Defendant Powder Springs Logistics, LLC's motion to for summary judgment (DE 112) is **GRANTED**.
2. Defendant Colonial Pipeline Company's motion for summary judgment (DE 116) is **GRANTED**.

3. Plaintiff's cross-motion for summary judgment and for partial summary judgment (DE 126) is **DENIED**.
4. The Court having dismissed the substantive claims, the parties' motions to preclude expert testimony (DE 114, DE 130) are dismissed as moot.

The clerk shall close the file.

/s/ Kevin McNulty

_____

KEVIN MCNULTY
United States District Judge