Peter John Sacripanti
Andrew B. Kratenstein *(pro hac vice)*
Monica S. Asher *(pro hac vice)*
Elizabeth A. Rodd *(pro hac vice)*
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, New York 10173
psacripanti@mwe.com
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
*Attorneys for Plaintiff George E. Warren LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GEORGE E. WARREN LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**COLONIAL PIPELINE COMPANY and POWDER SPRINGS LOGISTICS, LLC**<br><br>Defendants. | Civil No.: 2:17-cv-01205-KM-JBC |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff George E. Warren LLC ("GEW")

hereby appeals to the United States Court of Appeals for the Third Circuit from the

Opinion (D.E. Nos. 153 and 157) and Order (D.E. No. 154) entered in this action

on the 20th day of November, 2020, which granted Defendants' motions for

summary judgment (D.E. Nos. 112 and 116), denied GEW's cross-motion for

summary judgment (D.E. No. 126), and denied as moot the parties' motions to

preclude expert testimony (D.E. Nos. 114 and 130).

Dated:    December 18, 2020

McDERMOTT WILL & EMERY LLP


By:  */s/ Peter John Sacripanti*
        Peter John Sacripanti
        Andrew B. Kratenstein *(pro hac vice)*
        Monica S. Asher *(pro hac vice)*
        Elizabeth A. Rodd *(pro hac vice)*

340 Madison Avenue
New York, New York 10173
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

*Attorneys for Plaintiff George E. Warren LLC*

DM_US 175303241-1.039591.0066